IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America,<br>                   Plaintiff,<br>      v.<br>Velita Joyce Nelson Woolfolk,<br>                   Defendant. | CR 18-02467-020-TUC-RCC (JR)<br><br>FINAL ORDER OF FORFEITURE |
|---|---|

       The defendant pled guilty to an Information[1], which charged her with Title 18, United States Code, Section 1952(a)(3), Interstate and Foreign Travel or Transportation in Aid of Racketeering Enterprises.

       The United States moves under Title 18, United States Code, Section 981(a)(1)(C); Title 28, United States Code, Section 2461(c); and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, to forfeit $7,550 in United States currency, representing any property, real or personal, which constitutes or is derived from proceeds traceable to a violation for which the defendant pled guilty.

       The United States has established that pursuant to Title 21, United States Code, Section 853(p), that the $7,550 in United States currency was dissipated by any act or omission of the defendant.

///

---

[1] The Preliminary Order of Forfeiture incorrectly stated that the defendant pled guilty to count eight of the Superseding Indictment. As such, the final order has been modified to reflect the correct charge and charging document.

THEREFORE, IT IS ORDERED, ADJUDGED and DECREED that any property, real or personal, which constitutes or is derived from proceeds traceable to a violation for of Title 18, United States Code, Section 1952(a)(3), is forfeited to the United States.

IT IS FURTHER ORDERED that pursuant to Title 21, United States Code, Section 853(p), the United States may seek, as a substitute asset, forfeiture of any of the defendant's property up to the value of $7,550 in United States currency.

IT IS FURTHER ORDERED that pursuant to Fed. R. Crim. P. 32.2(b)(4), this Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $7,550 in United States currency.

IT IS FURTHER ORDERED that the United States alone shall hold clear title to the monies paid by the defendant to satisfy this Order following the Court's entry of the judgment of conviction.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

IT IS FURTHER ORDERED that the Clerk is hereby directed to send copies of this Order to defendant's counsel of record.

DATED this __5__ day of __July__, 2022.

RANER C. COLLINS
United States Senior District Judge

*United States of America v. Velita Joyce Nelson Woolfolk*
*Final Order of Forfeiture – Page 2 of 2*